OPINION — AG — ** STATE ACCOUNTANCY BOARD ** THE BOARD OF PUBLIC ACCOUNTANCY MAY, IN ACCORDANCE WITH ITS DUTIES, INCLUDE IN THE ANNUAL REGISTRATION FORM, A QUESTION AS TO WHETHER THE REGISTRANT HAS, WITHIN THE PRECEDING YEAR, BEEN CHARGED WITH OR CONVICTED OF A FELONY. (INFORMATION CRIMINAL HISTORIES, PROFESSIONS AND OCCUPATIONS) CITE: 59 O.S. 1971 15.1 [59-15.1], 59 O.S. 1971 15.5 [59-15.5], 59 O.S. 1971 15.19 [59-15.19], 59 O.S. 1971 15.20 [59-15.20], 59 O.S. 1971 15.31 [59-15.31] (KAY HARLEY JACOBS)